IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHAD NELSON                                                                                                 PLAINTIFF

v.                                      Case No. 2:11-CV-02085

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation dated March 19, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation. Defendant's Motion to Dismiss (Doc. 22) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 9th day of May, 2012.

*s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE